PROB 19
(Rev. 5/92)

# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NEW YORK

U.S.A. vs **Lissner Mathieu**                     D 04-CR-38(S-1)-01

OUR CASE NO:21-6126-MJ-HUNT

TO:[1]   [1]**Any United States Marshal or any other authorized officer.**

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE ||||
|---|---|---|---|
| You are hereby commanded to arrest the within-named probationer/supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court. ||||
| NAME OF SUBJECT<br>**Lissner Mathieu** | SEX<br>Male | RACE<br>Black | AGE<br>43 |
| ADDRESS (STREET, CITY, STATE)<br>**45 Mays Street, Apartment # 6C, New Rochelle, NY 10801** ||||
| SENTENCE IMPOSED BY (NAME OF COURT)<br>**Eastern District of New York, Brooklyn, NY 11201** | DATE IMPOSED |||
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)<br>**Eastern District of New York, Brooklyn, NY 11201** ||||
| CLERK<br>**ROBERT C. HEINEMANN** | (BY) DEPUTY CLERK || DATE<br>**JAN 2 1 2009** |

| RETURN ||||
|---|---|---|---|
| Warrant received and executed. || DATE RECEIVED | DATE EXECUTED |
| EXECUTIVE AGENCY (NAME AND ADDRESS) ||||
| NAME | (BY) || DATE |

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer," or "United States Marshal for _____**EASTERN**_____ District of _____**NEW YORK**_____ ;" or "any United States Marshal;" or "any special agent of the Federal Bureau of Investigation;" or "any United States Marshal or any special agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the <district name>;" or "any United States Marshal;" or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

PROB 12C
(NYEP-8/31/06-ab)

Lori Jones Martin, USPO

# United States District Court
## for the
## Eastern District of New York

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **Lissner Mathieu**     Case Number **04-CR-38(S-1)-01**

Name of Sentencing Judicial Officer: **Edward R. Korman, Senior U.S. District Judge**

Date of Original Sentence: **November 16, 2006**

Original Offense: **Conspiracy to Import at Least Five Kilograms of Cocaine Into the United States, in violation of 21 U.S.C. §§ 963, 960(1)(B)(ii), a Class A Felony.**

Original Sentence: **Time Served (1,071 Days)**

Type of Supervision: **Supervised Release**     Date Supervision Commenced: **November 16, 2006**

Assistant U.S. Attorney: **Scott B. Klugman, Esq.**     Defense Attorney: **Sabrina P. Shroff, Esq.**

---

## PETITIONING THE COURT

☒  To issue a warrant, AND ORDER THAT THIS FORM BE FILED UNDER SEAL, AND NO PUBLIC RECORD OF WARRANT ISSUANCE BE MADE, UNTIL EXECUTED WARRANT IS RETURNED FROM THE U.S. MARSHAL.

☐  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| **Violation Number** | **Nature of Noncompliance** |
| --- | --- |
| 1. | Failure to answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |

Request for Warrant or Summons for
Offender Under Supervision

Prob 12C/ Page 2

U.S. Probation Officer Recommendation:

☒ The term of supervision should be
  ☒ Revoked
  ☐ Extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty that the foregoing is true and correct.

Respectfully submitted by:

_____
Lori Jones Martin
U.S. Probation Officer
Date: 12/9/08

Approved by:

_____
Jill D. Williams
Supervising U.S. Probation Officer
Date: 12/9/08

THE COURT ORDERS:

☐ No Action
☒ The Issuance of a Warrant, AND ADDITIONALLY ORDERS THAT THIS FORM BE FILED UNDER SEAL, AND NO PUBLIC RECORD OF WARRANT ISSUANCE BE MADE, UNTIL EXECUTED WARRANT IS RETURNED FROM THE U.S. MARSHAL.
☐ The Issuance of a Summons.
☐ Other

A TRUE COPY
ATTEST
DATE: JAN 21 2069 20
ROBERT C. HEINEMANN
CLERK
BY: _____
DEPUTY CLERK

_____
Signature of Judicial Officer

12/14/08
Date