AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

__SOUTHERN__ District of __FLORIDA__

| UNITED STATES OF AMERICA V. Lissner Mathieu, | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| Eastern District of New York | 04-Cr-38(S-1)-01 | SOUTHERN DISTRICT OF FLORIDA | 21-6126-Hunt |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
x Indictment(s)   ☐ Information   ☐ Complaint   ☐ Other:

**DISTRICT OF OFFENSE:**
Eastern District of New York

**CHARGES**
Supervised Release Violation

**CURRENT BOND STATUS:**
☐ Bail fixed at $ _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

| Representation: | ☐ Retained Own Counsel | x☐ Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|
| Interpreter | No | X☐ Yes | Language: | CREOLE |

**DISTRICT OF SOUTHERN DISTRICT OF FLORIDA**
TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

March 8th , 2021
Date

PATRICK M. HUNT UNITED STATES MAGISTRATE JUDGE

## RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |

# COURT MINUTES/ORDER

## United States Magistrate Judge Patrick M. Hunt

Date: 03/08/21   Time: 11:00 a.m.

Defendant: Lissner Mathieu    J#: _____    Case #: 21-6126-Hunt
AUSA: David Snider    Attorney: _____
Violation: Supervised Release Violation   (Eastern District of New York)
Proceeding: Initial Appearance / Revocation    CJA Appt: _____
Bond/PTD Held: ☐ Yes  ☐ No    Recommended Bond: PTD
Bond Set at: No Hearing Held    Co-signed by: _____

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services / Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☒ Travel extended to: SDFL
- ☒ Other: Appear at all court hearing and commit no new crimes.

Language: Creole

Disposition:
All parties present. Deft consent to proceed by zoom. Deft waived his right to appear in open court.
The court unsealed the Indictment.
Deft sworn for counsel. The FPD was appointed. Juan Michelen via zoom.

Deft orally Waived Removal. The court entered the Commitment To Another District.
(No Detention Hearing Held in the District.)

NEXT COURT APPEARANCE    Date: ___   Time: ___   Judge: ___   Place: ___
Report RE Counsel: _____
PTD/Bond Hearing: _____
Prelim/Arraign or Removal: _____
Status Conference RE: _____

Check if Applicable: ☐   The motion to continue to permit the defendant to hire counsel is GRANTED. The time from today through the rescheduled date is excluded from the deadline for trial as computed under the Speedy Trial Act, since the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in speedy trial.

D.A.R. 12:08:11    Time in Court: 15 mins

Page: ___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21`-6126-Hunt

UNITED STATES OF AMERICA,
        Plaintiff,

vs

Lissner Mathieu,
        Defendant(s)
_____/

## ORDER

THIS CAUSE is before the Court for the initial appearance of the above-named defendant(s) on a Sealed Indictment.

UPON ORAL motion of the government in open court that the case be unsealed, it is hereby

ORDERED AND ADJUDGED that the Indictment be unsealed as to all parties.

DONE AND ORDERED at Fort Lauderdale, Florida this 8th, day of March, 2021.

                      PATRICK M. HUNT
                      UNITED STATES MAGISTRATE JUDGE

cc: All Counsel of Record



PROB 19
(Rev. 5/92)

# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NEW YORK

U.S.A. vs Lissner Mathieu      D 04-CR-38(S-1)-01

OUR CASE NO:21-6126-MJ-HUNT

TO:[1] [1]Any United States Marshal or any other authorized officer.

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE |
|---|
| You are hereby commanded to arrest the within-named probationer/supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court. |

| NAME OF SUBJECT | SEX | RACE | AGE |
|---|---|---|---|
| Lissner Mathieu | Male | Black | 43 |

| ADDRESS (STREET, CITY, STATE) | |
|---|---|
| 45 Mavs Street, Apartment # 6C, New Rochelle, NY 10801 | |
| SENTENCE IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
| Eastern District of New York, Brooklyn, NY 11201 | |
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE) | |
| Eastern District of New York, Brooklyn, NY 11201 | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| ROBERT C. HEINEMANN | *signature* | JAN 21 2009 |

| RETURN | | |
|---|---|---|
| Warrant received and executed. | DATE RECEIVED | DATE EXECUTED |
| EXECUTIVE AGENCY (NAME AND ADDRESS) | | |
| NAME | (BY) | DATE |

[1]Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer," or "United States Marshal for ____EASTERN____ District of ____NEW YORK____;" or "any United States Marshal;" or "any special agent of the Federal Bureau of Investigation;" or "any United States Marshal or any special agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

---

[1]Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the <district name>;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

PROB 12C
(NYEP-8/31/06-ab)

Lori Jones Martin, USPO

# United States District Court
## for the
## Eastern District of New York

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **Lissner Mathieu**           Case Number **04-CR-38(S-1)-01**

Name of Sentencing Judicial Officer: **Edward R. Korman, Senior U.S. District Judge**

Date of Original Sentence: **November 16, 2006**

Original Offense: **Conspiracy to Import at Least Five Kilograms of Cocaine Into the United States, in violation of 21 U.S.C. §§ 963, 960(1)(B)(ii), a Class A Felony.**

Original Sentence: **Time Served (1,071 Days)**

Type of Supervision: **Supervised Release**    Date Supervision Commenced: **November 16, 2006**

Assistant U.S. Attorney: **Scott B. Klugman, Esq.**   Defense Attorney: **Sabrina P. Shroff, Esq.**

---

### PETITIONING THE COURT

☒ To issue a warrant, AND ORDER THAT THIS FORM BE FILED UNDER SEAL, AND NO PUBLIC RECORD OF WARRANT ISSUANCE BE MADE, UNTIL EXECUTED WARRANT IS RETURNED FROM THE U.S. MARSHAL.

☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Failure to answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |

Request for Warrant or Summons for  Prob 12C / Page 2
Offender Under Supervision

U.S. Probation Officer Recommendation:

☒ The term of supervision should be

    ☒ Revoked

    ☐ Extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty that the foregoing is true and correct.

Respectfully submitted by:

_____
Lori Jones Martin
U.S. Probation Officer
Date: 12/9/08

Approved by:

_____
Jill D. Williams
Supervising U.S. Probation Officer
Date: 12/9/08

THE COURT ORDERS:

☐ No Action

☒ The Issuance of a Warrant, AND ADDITIONALLY ORDERS THAT THIS FORM BE FILED UNDER SEAL, AND NO PUBLIC RECORD OF WARRANT ISSUANCE BE MADE, UNTIL EXECUTED WARRANT IS RETURNED FROM THE U.S. MARSHAL.

☐ The Issuance of a Summons.

☐ Other

A TRUE COPY
ATTEST
DATE JAN 2 1 2009 20
ROBERT C. HEINEMANN
CLERK
BY: _____
DEPUTY CLERK

_____
Signature of Judicial Officer

12/11/08
Date

INTERPRETER

# U.S. District Court
# Southern District of Florida (Ft Lauderdale)
# CRIMINAL DOCKET FOR CASE #: 0:21-mj-06126-PMH-1
# Internal Use Only

Case title: USA v. Mathieu

Date Filed: 03/08/2021
Date Terminated: 03/08/2021

Assigned to: Magistrate Judge Patrick M. Hunt

## Defendant (1)

**Lissner Mathieu**
70656-053
*YOB 1965 Creole*
*TERMINATED: 03/08/2021*

represented by **Noticing FPD-FTL**
(954) 356-7436
Email: ftl_ecf@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender Appointment*

## Pending Counts
None

## Disposition

## Highest Offense Level (Opening)
None

## Terminated Counts
None

## Disposition

## Highest Offense Level (Terminated)
None

## Complaints
18:U.S.C.§3583 SUPERVISED RELEASE VIOLATION

## Disposition

## Plaintiff
**USA**

represented by **David A. Snider**
DOJ-USAO
U.S. Attorney's Office, Southern District of Florida
500 E. Broward Blvd.
Ste 7th Floor

Fort Lauderdale, FL 33394
954-660-5696
Fax: 954-356-7336
Email: david.snider@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/08/2021 | 1 | Magistrate Removal of Petition For Warrant and Arrest Warrant from EASTERN DISTRICT OF NEW YORK Case number in the other District D 04-CR-38(S-1)-01 as to Lissner Mathieu (1). (at) (Entered: 03/08/2021) |
| 03/08/2021 | | Set Hearing as to Lissner Mathieu: Initial Appearance - Rule 5(c)(3)/40 set for 3/8/2021 AT 11:00 AM in Fort Lauderdale Division before FTL Duty Magistrate. (at) (Entered: 03/08/2021) |
| 03/08/2021 | 2 | ORDER unsealing as to Lissner Mathieu. Signed by Magistrate Judge Patrick M. Hunt on 3/8/2021. *See attached document for full details.* (dd) (Entered: 03/08/2021) |
| 03/08/2021 | 3 | Minute Order for proceedings held before Magistrate Judge Patrick M. Hunt: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Lissner Mathieu held on 3/8/2021. Date of Arrest: 3/8/21. Defendant waived removal and defers bond hearing until arrival in District of Columbia. Removal ordered. Haitian Creole Interpreter present. Attorney added: Noticing FPD-FTL for Lissner Mathieu (Digital 12:08:11) Signed by Magistrate Judge Patrick M. Hunt on 3/8/2021. (dd) (Entered: 03/08/2021) |
| 03/08/2021 | 4 | COMMITMENT TO ANOTHER DISTRICT as to Lissner Mathieu. Defendant committed to District of of Columbia. Closing Case for Defendant. Signed by Magistrate Judge Patrick M. Hunt on 3/8/2021. *See attached document for full details.* (dd) (Entered: 03/08/2021) |